```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 17069
    GLENDA WILSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5570

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 07/01/2008 and was confirmed 09/03/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed without confirmation 02/18/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
KMART                      UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          818.90          .00           .00
CITY OF CHICAGO PARKING    UNSECURED        13240.00          .00           .00
COMMONWEALTH EDISON        UNSECURED          427.52          .00           .00
CORPORATE COLLECTION       UNSECURED       NOT FILED          .00           .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED          .00           .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED          .00           .00
ERS                        UNSECURED       NOT FILED          .00           .00
FEDERAL ADJUSTMENT BUR     UNSECURED           83.73          .00           .00
GLOBAL PAYMENTS            UNSECURED       NOT FILED          .00           .00
HSBC TAXPAYER FINANCIAL    UNSECURED         3160.93          .00           .00
IQ TELECOM                 UNSECURED       NOT FILED          .00           .00
KOHLS                      UNSECURED       NOT FILED          .00           .00
TRIBUTE MASTERCARD         UNSECURED          972.74          .00           .00
ARONSON FURNITURE          UNSECURED       NOT FILED          .00           .00
ARONSON FURNITURE          UNSECURED          953.18          .00           .00
MTI                        UNSECURED       NOT FILED          .00           .00
BANK OF AMERICA NATIONAL   UNSECURED       NOT FILED          .00           .00
NDC CHECK SERVICES         UNSECURED       NOT FILED          .00           .00
OXFORD COLLECTION SERVIC   UNSECURED       NOT FILED          .00           .00
PARK DANSAN                UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1172.05          .00           .00
PLS FINANCIAL SERVICES     UNSECURED       NOT FILED          .00           .00
SPRINT                     UNSECURED       NOT FILED          .00           .00
STATE COLLECTION SERVICE   UNSECURED       NOT FILED          .00           .00
UNLIMITED LTD              UNSECURED       NOT FILED          .00           .00
UNIVERSITY OF CHICAGO HO   UNSECURED       NOT FILED          .00           .00
WALMART DISCOVER           UNSECURED       NOT FILED          .00           .00
ZENITH ACQUISITION         UNSECURED       NOT FILED          .00           .00
DENITA TAYLOR              UNSECURED       NOT FILED          .00           .00
ARONSON FURNITURE          SECURED NOT I     500.00           .00           .00
PRA RECEIVABLES MGMT       UNSECURED         2773.10          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17069 GLENDA WILSON
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,474.00                      426.88
TOM VAUGHN                TRUSTEE                                        33.12
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    460.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     426.88
TRUSTEE COMPENSATION                                33.12
DEBTOR REFUND                                         .00
                         ---------------   ---------------
TOTALS                     460.00                  460.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE